# EXHIBIT A

Filing # 134297274 E-Filed 09/09/2021 03:32:25 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUITIN AND FOR MIAMI-DADE
COUNTY, FLORIDA

SHARON VASQUEZ,                              CASE NO.:

     Plaintiff,

v.

TARGET CORPORATION,
a Foreign Profit Corporation,

     Defendant,

_____/

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff, SHARON VASQUEZ (hereinafter "Plaintiff") sues the Defendant, TARGET CORPORATION (hereinafter "Defendant"), and in support thereof alleges the following:

## GENERAL ALLEGATIONS

1.    This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs and interest.

2.    At all times material hereto, Plaintiff, SHARON VASQUEZ, was and is a resident of Miami-Dade County, Florida and is *sui juris*.

3.    At all times material hereto, the Defendant, TARGET CORPORATION was and is a Foreign Profit Corporation, authorized and doing business in Miami-Dade County, Florida with its agent for service of process in Plantation, Florida.

4.    Defendant, TARGET CORPORATION maintained a property for the regular transaction of its business in Miami-Dade County, Florida.

5.    At all times material hereto, the Defendant, TARGET CORPORATION was in

1

exclusive possession, custody, and control of the property located at 3401 N Miami Ave Ste 100, Miami, FL 33127.

6.      At all times material hereto, the Defendant, TARGET CORPORATION expressly assumed responsibility for the maintenance and cleanliness of the aforementioned premises and had a duty to maintain same in a reasonably safe condition for the use of business invitees and guests.

7.      Venue is proper in this Court as the Defendant conducts its business operations within Miami-Dade County, Florida and the incident giving rise to this action occurred in Miami-Dade County, Florida.

## FACTS GIVING RISE TO CAUSE OF ACTION

1.      On or about February 10, 2021, Plaintiff, SHARON VASQUEZ, was a lawfully present business invitee on the Defendant, TARGET CORPORATION's premises as indicated above. This premises was at that time and continues to be, in the custody of, and operated by, the Defendant, TARGET CORPORATION.

2.      At that time and place, Plaintiff, SHARON VASQUEZ was visiting the aforementioned premises when suddenly she slipped and fell due to a wet and slippery substance on the floor.

3.      As a result of the fall, Plaintiff, SHARON VASQUEZ, sustained significant bodily injury.

## COUNT I - PREMISES LIABILITY AS TO TARGET CORPORATION

Plaintiff hereby incorporates and re-alleges paragraphs 1 through 3 above as though they had been set forth herein and further states:

4.      At all times material hereto, the Defendant, TARGET CORPORATION, by and

2

through its employees, agents, and assigns, had a non-delegable duty to Plaintiff, SHARON VASQUEZ, as its business invitee, to maintain its premises in a reasonably safe condition, and to protect Plaintiff from dangers or defects about which the Defendant was or should have been aware, through the use of ordinary and reasonable care. The Defendant breached its duty to Plaintiff by committing one or more of the following acts or omissions:

a)    Negligently creating and/or allowing a hazardous condition to exist on its premises which was reasonably foreseeable to cause injury to Plaintiff;

b)    Negligently failing to maintain or adequately maintain the premises to prevent Plaintiff from encountering a hazardous condition;

c)    Negligently failing to inspect or adequately inspect the premises to ascertain whether the aforesaid condition constituted a hazard to Plaintiff;

d)    Negligently failing to correct or adequately correct a dangerous and hazardous condition which was and/or should have been known to the Defendant;

e)    Negligently failing to warn the Plaintiff of said dangerous condition when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

f)    Negligently failing to barricade, restrict, or otherwise prevent persons such as Plaintiff from encountering the hazardous condition on its premises as described above.

5.    As a direct and proximate result of the Defendant, TARGET CORPORATION's negligence as alleged above, Plaintiff, SHARON VASQUEZ, suffered injury including a permanent injury to the body as a whole, including but not limited to pain and suffering of both a

physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings in the past, and loss of ability to earn money in the future.  These losses are either permanent or continuing and Plaintiff will suffer these losses in the future.

WHEREFORE, Plaintiff, SHARON VASQUEZ, demands judgment in his favor against the Defendant, TARGET CORPORATION in excess of the minimum jurisdictional limits of this Court for compensatory damages, including incidental and consequential damages, post-judgement interest, costs, attorney's fees, and for any other relief this Court deems just and proper.

WHEREFORE, the Plaintiff, sues the Defendant, for damages in excess of the jurisdictional limits of this Court and further demand trial by jury of all issues so triable as of right by a jury

Dated this 9th  day of September 2021.

**lowercase, P.L.L.C.**
5582 NE 4th Ct #6A
Miami, FL 33137
Telephone (800)528-3064
Facsimile (833) 569-3335
Email: service@lowercaselaw.com

By:     */s/Jose E. Aguirre*
          Jose E. Aguirre ESQ
          Florida Bar # 092675

4